1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11  CALIFORNIA SPORTFISHING
    PROTECTION ALLIANCE, a non-
12  profit corporation,
13              Plaintiff,
14         v.                          CIV. NO. S-11-705 LKK/EFB
15  STOCKTON RECYCLING, INC., a
    California corporation, JAMES
16  WILLIAMS, an individual,
    FRED ESPINO, an individual,
17  and PAUL FAIAS, an individual,
18              Defendants.
                                     /
19
    CALIFORNIA SPORTFISHING
20  PROTECTION ALLIANCE, a non-
    profit corporation,
21
                Plaintiff,
22
           v.                          CIV. NO. S-11-1239 GEB/GGH
23
    STOCKTON RECYCLING, INC., a
24  California corporation, JAMES
    WILLIAMS, an individual,
25  and FRED ESPINO, an individual,
26              Defendants.
                                     /

```
1  CALIFORNIA SPORTFISHING
   PROTECTION ALLIANCE, a non-
2  profit corporation,

3                  Plaintiff,

4          v.                              CIV. NO. S-11-1599 LKK/EFB

5  STOCKTON RECYCLING, INC., a
   California corporation, and
6  JAMES WILLIAMS, an individual,          RELATED CASE ORDER

7                  Defendants.
                                     /
8
```

9     Examination of the above-entitled actions reveals that
10 the cases are related within the meaning of Local Rule 123(a) (E.D.
11 Cal. 2011). The actions involve similar questions of fact and the
12 same questions of law.

13     Accordingly, the assignment of the matters to the same judge
14 and magistrate judge is likely to effect a substantial savings of
15 judicial effort and is also likely to be convenient for the
16 parties.

17     The parties should be aware that relating the cases under
18 Local Rule 123 merely has the result that the actions are assigned
19 to the same judge and magistrate judge; no consolidation of the
20 actions is effected. Under the regular practice of this court,
21 related cases are generally assigned to the judge and magistrate
22 judge to whom the first filed action was assigned.

23     IT IS THEREFORE ORDERED that the action denominated CIV. NO.
24 S-11-1239 GEB/GGH, and the same hereby is, reassigned to Judge
25 Lawrence K. Karlton and Magistrate Judge Edmund F. Brennan for all
26 further proceedings.

1         Henceforth, the caption on documents filed in this
2  reassigned case shall be shown as CIV. NO. S-11-1239 LKK/EFB. Case
3  CIV. NO. S-11-1599 LKK/EFB is already assigned to Judge Lawrence
4  K. Karlton and Magistrate Judge Edmund F. Brennan.
5         Any dates currently set in these three cases are hereby
6  VACATED. A status conference is set for September 26, 2011 at 1:30
7  p.m. in all three cases.
8         IT IS FURTHER ORDERED that the Clerk of the Court make
9  appropriate adjustment in the assignment of civil cases to
10 compensate for this reassignment.
11        DATED: July 21, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT