UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE, a non-
profit corporation,

          Plaintiff,

    v.                          CIV. NO. S-11-705 LKK/EFB

STOCKTON RECYCLING, INC., a
California corporation, JAMES
WILLIAMS, an individual,
FRED ESPINO, an individual,
and PAUL FAIAS, an individual,

          Defendants.
                                 /

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE, a non-
profit corporation,

          Plaintiff,

    v.                          CIV. NO. S-11-1239 LKK/EFB

STOCKTON RECYCLING, INC., a
California corporation, JAMES
WILLIAMS, an individual,
and FRED ESPINO, an individual,

          Defendants.
                                 /

```
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE, a non-
profit corporation,

            Plaintiff,

     v.                            CIV. NO. S-11-1599 LKK/EFB

STOCKTON RECYCLING, INC., a
California corporation, and
JAMES WILLIAMS, an individual,           O R D E R

            Defendants.
                                        /
```

A status conference was held in chambers on September 26, 2011. After hearing, the court orders as follows:

1. A further status conference is set for December 19, 2011 at 2:00 p.m. The parties shall file updated status reports fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

DATED: September 27, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2